[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re:** | **Case No.:** |
| **(1)** LaToya Nicole Wright | |
| **(2)** | |
| **Debtor(s).** | **Chapter 13** |

**CHAPTER 13 PLAN**

**ADDRESS:**

(1)  801 Semmes St                                    (2)

Memphis, Tn 38111

**PLAN PAYMENT:**

Debtor **(1)** shall pay: $ 255.00          (   ) weekly, ( X ) every two weeks, (   ) semi-monthly, or (   ) monthly by:

( X ) **PAYROLL DEDUCTION** from:                              **OR**      (   ) **DIRECT PAY**

Nike TN Inc
c/o ADT LLC
PO Box 221230
El Paso, TX 79912

Debtor **(2)** shall pay: $                    (   ) weekly, (   ) every two weeks, (   ) semi-monthly, or (   ) monthly by:
(     ) **PAYROLL DEDUCTION** from:                              **OR**      (   ) **DIRECT PAY**

1.  **THIS PLAN [Rule 3015.1 Notice]:**

    (A)   **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**          (   ) **YES** ( X ) **NO**

    (B)   **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**          ( X ) **YES** (   ) **NO**
          **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

    (C)   **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**          ( X ) **YES** (   ) **NO**

2.  **ADMINISTRATIVE EXPENSES: Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.**

3.  **AUTO INSURANCE:** (    ) **Included in Plan; OR** ( X ) **Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.**

4.  **DOMESTIC SUPPORT:**                                             **Monthly Plan Payments**

5.  **PRIORITY CLAIMS:**                              **Amount**          **Monthly Plan Payments**

6.  **HOME & MORTGAGE CLAIMS:**

7.  **SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of collateral | Rate of interest | Monthly plan payment |
|---|---|---|---|
| | | | |

8.  **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of collateral | Rate of interest | Monthly plan payment |
|---|---|---|---|
| Bridgecrest | $17,000.00 | $6% | $400.00 |

9.  **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**Collateral:**

| 10. | SPECIAL CLASS UNSECURED CLAIMS: | Amount | Rate of interest | Monthly plan payment |
|-----|----------------------------------|--------|------------------|----------------------|

**11.  STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**        **Not provided for**    **OR**    **General unsecured credotpr**

US Dept of Education                                    Not provided for
     (long term debt-debtor to continue to pay direct)

**12.  THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

Credit Acceptance Corporation

**13.  ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED  FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.  ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $** 26,000 (approx.); however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

**15.  THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
**(A)  (    ) _____%,  OR,**

**(B)  ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16.  THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**        **Assumes**        **OR**        **Rejects**

**17.  COMPLETION:  Plan shall be completed upon payment of the above, approximately ___60___ months.**

**18.  FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19.  NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**

**20.        CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

___/s/ Philip F. Counce_____ DATE:  __3/4/19_____ .
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**